IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                             4:04CR00235-01

RON ANTONIO JONES

## ORDER

Pending is the government's motion to dismiss charges. (Docket #99). For good cause shown, the motion is GRANTED. The remaining charges[1] contained in the motion to revoke supervised release, docket # 95 and superseding motion to revoke supervised release, docket # 96, are hereby dismissed without prejudice.

IT IS SO ORDERED this 31st day of May, 2013.

                                                                 _____
                                                                 James M. Moody
                                                                 United States District Judge

---

[1] In the hearing held May 28, 2013, Defendant admitted the violation of failure to complete residential treatment, Special Condition Number (3). No rulings were made on the remaining charges.